IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



AUG 02 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-37-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER ANNE THAW, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 18), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Under Seal is **GRANTED.** The Psychological Assessment of the Defendant shall be filed under seal.

DATED this 1st day of August 2018.

SUSAN P. WATTERS
United States District Judge