IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT 29 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER ANNE THAW, <br><br> Defendant. | CR 18-37-BLG-SPW <br><br> **ORDER** |

Upon the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 26), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Under Seal is **GRANTED.** The Supplemental Psychological Assessment of the Defendant shall be filed under seal.

DATED this 29th day of October, 2018.

SUSAN P. WATTERS
United States District Judge

1