

FILED

DEC 06 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER ANNE THAW,<br><br>Defendant. | CR 18-37-BLG-SPW<br><br>**ORDER** |

Upon the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 35), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Under Seal is **GRANTED.** The Defendant's attendance records at Gambler's Anonymous shall be filed under seal.

DATED this 6th day of December, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1